**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LARRY K. LESNIK**
**NORRIS, McLAUGHLIN & MARCUS, PA**
Attorneys for Morris Bauer, Liquidating Trustee
721 Route 202-206
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700

| | |
|---|---|
| In Re: | Chapter 11 |
| B. MOSS CLOTHING COMPANY LTD. | Case No. 08-33980 |
| Debtor. | |

**APPLICATION IN SUPPORT OF ENTRY OF CONSENT ORDER REDUCING FILED CLAIMS OF PAVILIONS AT BUCKLAND HILLS, GGP GLENBROOK AND GGP STEEPLEGATE**

TO:   HONORABLE NOVALYN L. WINFIELD
      UNITED STATES BANKRUPTCY JUDGE

The application of Morris Bauer ("Bauer"), Liquidating Trustee of debtor B. Moss Clothing Company Co., Ltd. (the "Debtor"), by and through his counsel, Norris McLaughlin & Marcus, P.A, in support of the entry of a consent order reducing filed claims of Pavilions at Buckland Hills, GGP Glenbrook and GGP Steeplegate, respectfully shows unto the Court the following;

1.   On December 2, 2008, the Debtor filed a voluntary chapter 11 petition pursuant to title 11 of the United States Code.

2.   On July 31, 2009, an order was entered confirming the first modified chapter 11 plan of orderly liquidation jointly proposed by the Debtor and its Official Committee of Unsecured Creditors (the "Plan").

3. Pursuant to the Plan, Bauer is the Liquidating Trustee of the Debtor with authority to, *inter alia,* challenge all claims against the Debtor.

4. Proofs of claims were filed by the following creditors in the following amounts:

| Creditor | POC No. | Amount of POC |
|---|---|---|
| Pavilion at Buckland Hills | 1072 | 145,283.68 |
| GGP Glenbrook | 1070 | 183,783.70 |
| GGP Steeplegate | 1064 | 86,182.32 |

5. Bauer asserted that each of the aforesaid creditors received preferential payments from the Debtor which they were liable to return to him as the Liquidating Trustee thereof.

6. As evidenced by the subscribed consent by counsel to such creditors on the consent order submitted herein, they each agreed to reduce their allowed claims against the within estate in exchange for a release from Bauer with respect to their receipt of allegedly preferential payments.

WHEREFORE, Bauer respectfully requests the entry of the annexed consent order reducing filed claims.

**NORRIS, McLAUGHLIN & MARCUS, PA**
Attorneys for Morris Bauer, Liquidating Trustee

DATED: October26, 2009       By    /s/ Larry Lesnik
                                          Larry Lesnik