**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**NORRIS, McLAUGHLIN & MARCUS, P.A.**
Attorneys for Morris S. Bauer, Liquidating Trustee
721 Route 202-206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700

In Re:

B. MOSS CLOTHING COMPANY LTD.,

Debtor.

Case No.    08-33980 (NLW)

Judge:    Hon. Novalyn L. Winfield

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Morris S. Bauer, Liquidating Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $35,385.66 payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| Payee Name and Address | Amount |
|---|---|
| First Option Tracy Evans Ltd., 180 Pulaski St, Bayonne, NJ 07002 | 7,045.15 |
| Unite National Retirement Fund, ILGWU Division, PO Box 1454 GPO, New York, NY 10116-1454 | 5,325.89 |
| Daniel Benjamin, 771 Towne Ave., Los Angeles, CA 90021 | 1,901.29 |
| First Capital for Baggo Imports, Inc., 320 Fifth Ave Ste. 1010, New York, NY 10001 | 1,335.61 |
| Greenfield Fashion Limited, Attn: Kenneth Chin, Greenfield Fashion USA Limited, 893 Park Ave., Huntington, NY 11743 | 901.45 |
| Martinsburg Mall LLC, Attn: Kevin M Newman Esq., Menter Rudin & Trivelpiece PC, 308 Maltbie St. Ste. 200, Syracuse, NY 13204-1498 | 892.82 |
| Regency Lighting, Mr. Sean Dowd Credit & Collections Manager, 16665 Arminta St., Van Nuys, CA 91406 | 725.89 |
| Unite National Retirement Fund, ILGWU Division, PO Box 1454 GPO, New York, NY 10116-1454 | 685.98 |

| Payee Name and Address | Amount |
|---|---|
| Jones Lang LaSalle Americas, Inc., Attn: Kevin M Newman Esq., Menter Rudin & Trivelpiece PC, 308 Maltbie St. Ste. 200, Syracuse, NY 13204-1498 | 648.48 |
| Call Em All LLC, 2591 Dallas Pkwy Ste. 300, Frisco, TX 75034 | 629.88 |
| Sills Cummis & Gross, One Riverfront Plaza, Newark, NJ 07102-5400 | 491.38 |
| City of Niles Ohio No. 114, Department of Public Services, 34 W State St., Niles, OH 44446-5036 | 288.05 |
| Lana Stuart, 430 Ridge Rd. No. 25, Lyndhurst, NJ 07071-2428 | 269.68 |
| Broadview Networks, c/o Lisa LaCalle, 45 18 Court Square, Long Island City, NY 11101 | 236.73 |
| UES Capital No. 146, PO Box 2013, Concord, NH 03302-2013 | 234.86 |
| High Tech Graphics, Inc., 1275 Bloomfield Ave, Bldg. 5 Unit 22, Fairfield, NJ 07004 | 195.97 |
| Pioneer Imports, Inc., 1407 Broadway Ste. No. 1411, New York, NY 10018 | 181.14 |
| Duke Energy No. 122, PO Box 9001076, Louisville, KY 40290-1076 | 155.48 |
| J. Pyskaty Disposal, Inc., PO Box 2155, Secaucus, NJ 07094 | 139.76 |
| Funtime Jewelry, Inc., 153 West 27th St, New York, NY 10001 | 118.93 |
| Essential Freight Systems, 796 Deer Park Ave Ste. 4, North Babylon, NY 11703-4304 | 117.16 |
| Gab Industries, Inc., 1400 Broadway Ste. 715, New York, NY 10018 | 103.21 |
| Fashion Avenue Knits, Inc., 275 Hartz Way, Secaucus, NJ 07094 | 57.48 |
| Canon Business Solutions, 1250 Valley Brook Ave, Lyndhurst, NJ 07071 | 321.98 |
| First Service Networks, Inc., PO Box 51271, Los Angeles, CA 90051-5571 | 3,154.59 |
| GMAC Commercial Finance LLC, 1290 Avenue of the Americas 3rd Fl., New York, NY 10104 | 362.96 |
| Meryl Diamond Ltd., 1375 Broadway, New York, NY 10018 | 4,653.77 |
| Tam Art, Inc., 240 East 82nd St., New York, NY 10028 | 610.75 |
| World Packaging, Inc., 1000 New County Rd., Secaucus, NJ 07094 | 778.03 |
| World Packaging, Inc., 1000 New County Rd., Secaucus, NJ 07094 | 2198.74 |
| City of Newport News, PO Box 975, Newport News, VA 23607 | 66.63 |
| IEM, Inc. No. 101, 1 Cracker Barrel Dr., Barboursville, WV 25504 | 69.58 |
| IEM, Inc. No. 118, PO Box 587, South Plainfield, NJ 07080 | 57.27 |
| IEM, Inc. No. 135, PO Box 800335, Houston, TX 77280-0335 | 50.04 |
| IEM, Inc. No. 164, PO Box 630, Lebanon, PA 17042-0630 | 61.55 |
| IEM, Inc. No. 165, 221 E 4th St., ML347 200, Cincinnati, OH 45202 | 71.45 |
| IEM, Inc. No. 70, PO Box 101398, Atlanta, GA 30392 | 59.14 |
| IEM, Inc. No. 74, 2041 Schorrway Dr., Lancaster, OH 43130 | 52.45 |
| IEM, Inc. No. 85, PO Box 9001908, Louisville, KY 40290-1908 | 62.62 |
| New York State Dept. of Taxation Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 | 71.84 |
| **TOTAL** | **$35,385.66** |

DATED: 5/13/15

Morris S. Bauer, Liquidating Trustee